WLG/NS

# COMPLAINT
### (for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

JUN - 6 2024

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

DAVID WESLEY FULLER

v.

(Full name of defendant(s))

JUDGE PHILIP KIRK
JUDGE RAYMOND S. HUBER

MARY CALDER

KATHLEEN HEALY

CHelle MicHelle, MEADOWS

Case Number:

24 C 706

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _____WISCONSIN_____ and resides at
   (State)

   N10840 BRANDY Creek, RD CLINTONVALE, WI 54929
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____JUDGE PHILIP KIRK_____
   (Name)

A MORE DEFENDANTS

JUDGE RAYMOND HUBER
BRANCH 3, 811 HARDING ST. WAUPACA, WI 54981

MARY CALDER
~~202 W. WATER~~ 202 W. NORTH WATER ST.
NEW LONDON, WI 54961

KATHLEEN HEALY 2 NEENAH CENTER SUITE 701
P.O. BOX 788
NEENAH, WI 54957-0788

CHELLE MICHELLE MEADOWS
616 NE 3rd ST
MARION, WI 54950

is (if a person or private corporation) a citizen of _WISCONSIN_

(State, if known)

and (if a person) resides at _BRANCH 2, 811 HARDING ST., WAUPACA, WI 54981_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

✗ (If you need to list more defendants, use another piece of paper.) ATTACHED

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) ON MAY 4TH 2022 AT WAUPACA COUNTY COURTHOUSE JUDGE PHILIP KIRK, ATTORNEY CALDER AND CACILE MEADOWS VIOLATED Title 18 U.S.C. SECTION 241 BY REMOVING MY CHILDRENS MEDICAL MAKING DECISION RIGHTS WITH NO AFFIDAVIT, MOTION, OR ANY LEGAL DOCUMENTATION WHATSOEVER. AFTER JUDGE PHILIP KIRK ANNOUNCED THAT HE KNEW NOTHING ABOUT THE CASE AT ALL, ATTORNEY CALDER AND CACILE MEADOWS USED THIS OPPORTUNITY TO ILLEGALLY REMOVE THOSE RIGHTS.

STATEMENT OF CLAIM (PAGE 2)

38 USC 5301

42 USC § 1983

TITLE 18 U.S.C. SECTION 242

18 USC 641

28 USC 453          28 USC 1331

WISCONSIN STATE STATUTE 940.30 WISCONSIN STATE STATUTE 895.044

December 8TH, 2023 THE ABOVE STATUTES were VIOLATED BY JUDGE HUBER, ATTORNEY CALDER, CHELLE MEADOWS AFTER THE COURT WILLFULLY AND KNOWINGLY VIOLATED MY CONSTITUTIONAL RIGHTS AND DUE PROCESS BY CONTINUING TO INCLUDE V.A. AWARD FOR CHILD SUPPORT PURPOSES EVEN AFTER BEING NOTIFIED BY THE U.S. Secretary OF THE V.A.

MARCH 21, 2024 WISCONSIN STATE STATUTE 940.30 I WAS ARRESTED AND INCARCERATED FOR THE Federally UNLAWFUL ORDER, Secretary OF U.A. Already HAS NULL & VOIDED THE ORDER. JUDGE Huber, KATHLEEN HEALY CHELLE MEADOWS

Complaint – 3

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I WOULD LIKE ALL THE DEFENDANTS TO BE FOUND GUILTY OF THE FEDERAL CHARGES. THESE STATUTES ARE PROCESSED WITHOUT THE BENEFIT OF JUDICIAL IMMUNITY

CHILD SUPPORT OVERPAYMENT TO BE RETURNED TO DAVID FULLER IN THE AMOUNT OF $31,678.33
$25,000.00 FOR FALSE IMPRISONMENT
PLAINTIFF WILL ALSO BE SEEKING MENTAL/EMOTIONAL PAIN & SUFFERING MONETARY AWARD FOR THE CONTINUED VIOLATION OF WIS STAT 895.044 THROUGHOUT THE ENTIRE CASE \ WAUPACA CASE# 19FA77

E.   JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___3rd___ day of ___June___ 20_24_.

Respectfully Submitted,

_____
Signature of Plaintiff

___715-218-5793___
Plaintiff's Telephone Number

___DWFICTUS @ GMAIL.COM___
Plaintiff's Email Address

___N10840 BRANDY Creek RD.___
___CLINTONVILLE, WI 54929___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.